**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01051-CV

## IN RE TOMMY RAY KING, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55339-R**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of today's date, we **DENY** relator's petition for

writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE